JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>1554-94 WEST BASE LINE, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:20-cv-01311-MWF-SP<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

1
ORDER OF DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and 1554-94 West Base Line, LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: February 16, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE